PD No:_____

.DEVON HENSLEY

VS.

STATE OF TEXAS

IN THE TEXAS COURT

OF CRIMINAL APPEALS

AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S *PRO-SE* PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Appellant, by and through the undersigned attorney, who has personal knowledge of the matters contained herein, and files this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review, and in support thereof would show:

FILED IN
COURT OF CRIMINAL APPEALS

OCT 29 2015

Abel Acosta, Clerk

I.

Appellant was convicted of aggravated robbery and sentenced to 43 years in the Texas Department of Criminal Justice - Institutional. The trial court was the 262nd District Court of Harris County, Texas. The trial court cause number was: 1421977. On October 15, 2015, the First Court of Appeals in Houston, Texas, affirmed appellant's conviction in appellate cause number: 01-14-00615-CR.

II.

The current deadline for filing appellant's Petition for Discretionary Review is November 16, 2015.

### III.

No previous extension of time to file a Petition for Discretionary Review has been requested by appellant.

### IV.

The undersigned is not pursuing further appellate review on behalf of Mr. Hensley. The undersigned is notifying appellant of his right to pursue a Petition for Discretionary Review in this Court.

### V.

Appellant is requesting an additional thirty (30) day extension until December 15, 2015, in which to file his *pro-se* Petition for Discretionary Review in this matter.

### VI.

This request is not made for the purpose of delay but to insure Appellant's right to appellate review in this matter.

### VII.

Appellant's last known address within the Texas Department of Criminal Justice is:

Mr. Devon Hensley
TDCJ-ID # 1938937
Lewis Unit
777 F.M. 3497
Woodville, Texas 75990

WHEREFORE, PREMISES CONSIDERED, the undersigned prays that the Court grant this Motion for Extension of Time to File Appellant's *Pro-Se* Petition for Discretionary Review until December 15, 2015.

Respectfully submitted,

Wayne T. Hill
SBOT: 09656300
4615 Southwest Freeway, Suite 600
Houston, Texas 77027
(713) 623-8312

## CERTIFICATE OF SERVICE

On October 22, 2015, a true and correct copy of this motion was mailed to:

Harris County District Attorney's Office
Appellate Division
1201 Franklin,   6th Floor
Houston, Texas 77002

Mr. Devon Hensley
(Address noted above)

Wayne T. Hill